UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SIRONA DENTAL SYSTEMS, INC., et al., | No. C 11-80291 MISC RS (MEJ) |
| Plaintiffs, | **ORDER RE: DISCOVERY DISPUTE PROCESS** |
| v. | |
| DANAHER CORP., et al., | |
| Defendants. | |

The Court is in receipt of the nonparties' request for clarification regarding the Court's Notice of Referral for Discovery and the undersigned's discovery standing order. Dkt. No. 16. In response, the Court herein clarifies that the motion shall not be considered in its current form and the nonparties are to comply with the discovery standing order.

**IT IS SO ORDERED.**

Dated: November 30, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge