UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SIRONA DENTAL SYSTEMS, INC., et al., | No. C 11-80291 MISC RS (MEJ) |
| Plaintiffs, | **ORDER RE: DEPOSITION SUBPOENAS** |
| v. | |
| DANAHER CORP., et al., | **Re: Docket Nos. 26, 27** |
| Defendants. | |

The Court is in receipt of a joint discovery dispute letter from Plaintiff Sirona Dental Systems, Inc. and nonparties Dr. Boyd Fowler, Xinqiao Liu, Steve Mims, and Todd Miller (the "Subpoenaed Individuals"). Dkt. No.s 26, 27. These individuals, together with BAE Systems Imaging Solutions, Inc. ("BAE"), move to quash subpoenas issued by Plaintiff. Because the Subpoenaed Individuals and BAE have shown that the subpoenas are likely duplicative, their request is GRANTED. However, if Plaintiff contends that it does not have all the requested information after the completion of BAE's 30(b)(6) deposition, the parties shall meet and confer and thereafter file an updated joint letter if unable to reach an agreement.

**IT IS SO ORDERED.**

Dated: January 4, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge